| | |
|---|---|
| JS 44C/SDNY REV. 12/04/2024 | **CIVIL COVER SHEET** |

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                                 DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
                (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No [ ]  Yes [ ]  _____
                                                                                                                    (If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]   Invol. [ ]   Dismissed.  No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**       No [ ]       Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                              **NATURE OF SUIT**

                                **TORTS**                                                              **ACTIONS UNDER STATUTES**

**CONTRACT**         **PERSONAL INJURY**         **PERSONAL INJURY/**         **FORFEITURE/PENALTY**         **BANKRUPTCY**         **OTHER STATUTES**

[ ] 110  INSURANCE            [ ] 310 AIRPLANE                    [ ] 367 HEALTHCARE/                    [ ] 625 DRUG RELATED            [ ] 422 APPEAL                    [ ] 375 FALSE CLAIMS
[ ] 120  MARINE               [ ] 315 AIRPLANE PRODUCT            PHARMACEUTICAL PERSONAL                SEIZURE OF PROPERTY                28 USC 158                    [ ] 376 QUI TAM
[ ] 130  MILLER ACT                   LIABILITY                    INJURY/PRODUCT LIABILITY                 21 USC 881                   [ ] 423 WITHDRAWAL                [ ] 400 STATE
[ ] 140  NEGOTIABLE           [ ] 320 ASSAULT, LIBEL &            [ ] 365 PERSONAL INJURY                 [ ] 690 OTHER                       28 USC 157                        REAPPORTIONMENT
         INSTRUMENT                   SLANDER                              PRODUCT LIABILITY                                                                                 [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF          [ ] 330 FEDERAL                     [ ] 368 ASBESTOS PERSONAL                                              **PROPERTY RIGHTS**                [ ] 430 BANKS & BANKING
         OVERPAYMENT &                EMPLOYERS'                           INJURY PRODUCT                                                                                   [ ] 450 COMMERCE
         ENFORCEMENT                  LIABILITY                            LIABILITY                                                                                         [ ] 460 DEPORTATION
         OF JUDGMENT          [ ] 340 MARINE                      **PERSONAL PROPERTY**                                                  [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT         [ ] 345 MARINE PRODUCT                                                                                     [ ] 830 PATENT                            ENCED & CORRUPT
[ ] 152  RECOVERY OF                  LIABILITY                   [ ] 370 OTHER FRAUD                                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION          ORGANIZATION ACT
         DEFAULTED            [ ] 350 MOTOR VEHICLE               [ ] 371 TRUTH IN LENDING                                                                                        (RICO)
         STUDENT LOANS        [ ] 355 MOTOR VEHICLE                                                                                      [ ] 840 TRADEMARK                 [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)              PRODUCT LIABILITY                                                                                                                     [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF          [ ] 360 OTHER PERSONAL              [ ] 380 OTHER PERSONAL                  **LABOR**                      **SOCIAL SECURITY**                     PROTECTION ACT
         OVERPAYMENT                  INJURY                              PROPERTY DAMAGE
         OF VETERAN'S         [ ] 362 PERSONAL INJURY -           [ ] 385 PROPERTY DAMAGE                 [ ] 710 FAIR LABOR             [ ] 861 HIA (1395ff)              [ ] 490 CABLE/SATELLITE TV
         BENEFITS                     MED MALPRACTICE                     PRODUCT LIABILITY                       STANDARDS ACT          [ ] 862 BLACK LUNG (923)          [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                                     [ ] 720 LABOR/MGMT             [ ] 863 DIWC/DIWW (405(g))                COMMODITIES/
         SUITS                                                                                                    RELATIONS              [ ] 864 SSID TITLE XVI                    EXCHANGE
[ ] 190  OTHER                                                    **PRISONER PETITIONS**                 [ ] 740 RAILWAY LABOR ACT       [ ] 865 RSI (405(g))              [ ] 890 OTHER STATUTORY
         CONTRACT                                                 [ ] 463 ALIEN DETAINEE                                                                                          ACTIONS
[ ] 195  CONTRACT             **ACTIONS UNDER STATUTES**          [ ] 510 MOTIONS TO                      [ ] 751 FAMILY MEDICAL         **FEDERAL TAX SUITS**             [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                                          VACATE SENTENCE                LEAVE ACT (FMLA)
         LIABILITY            **CIVIL RIGHTS**                            28 USC 2255                                                    [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE                                                [ ] 530 HABEAS CORPUS                   [ ] 790 OTHER LABOR                   Defendant)                        MATTERS
                              [ ] 440 OTHER CIVIL RIGHTS          [ ] 535 DEATH PENALTY                           LITIGATION             [ ] 871 IRS-THIRD PARTY           [ ] 895 FREEDOM OF
                                      (Non-Prisoner)              [ ] 540 MANDAMUS & OTHER                [ ] 791 EMPL RET INC                   26 USC 7609                      INFORMATION ACT
**REAL PROPERTY**             [ ] 441 VOTING                                                                      SECURITY ACT (ERISA)                                     [ ] 896 ARBITRATION
                              [ ] 442 EMPLOYMENT                                                                                                                            [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                 [ ] 443 HOUSING/                    **PRISONER CIVIL RIGHTS**              **IMMIGRATION**                                                         PROCEDURE ACT/REVIEW OR
         CONDEMNATION                 ACCOMMODATIONS                                                                                                                              APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE          [ ] 445 AMERICANS WITH              [ ] 550 CIVIL RIGHTS                    [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &                 DISABILITIES -              [ ] 555 PRISON CONDITION                        APPLICATION                                              [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                    EMPLOYMENT                  [ ] 560 CIVIL DETAINEE                 [ ] 465 OTHER IMMIGRATION                                              STATE STATUTES
[ ] 240  TORTS TO LAND        [ ] 446 AMERICANS WITH                      CONDITIONS OF CONFINEMENT              ACTIONS
[ ] 245  TORT PRODUCT                 DISABILITIES -OTHER
         LIABILITY            [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**     DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
     UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                            IF SO, STATE:

DEMAND $_____  OTHER _____   JUDGE _____  DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:    YES       NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☐ MANHATTAN

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)

RECEIPT # _____
Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Appendix A**

Defendants Leonard S. Schleifer, Christopher Fenimore, Robert E. Landry, George L. Sing, Joseph L. Goldstein, Michael S. Brown, George D. Yancopoulos, Arthur F. Ryan, Christine A. Poon, Bonnie L. Bassler, Huda Y. Zoghbi, Anthony Coles, Craig B. Thompson, David P. Schenkein, Kathryn Guarini, and Regeneron Pharmaceuticals, Inc., nominal defendant