## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAINER MACHEK, derivatively on Behalf of REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, GEORGE L. SING, JOSEPH L. GOLDSTEIN, MICHAEL S. BROWN, GEORGE D. YANCOPOULOS, ARTHUR F. RYAN, CHRISTINE A. POON, BONNIE L. BASSLER, HUDA Y. ZOGHBI, ANTHONY COLES, CRAIG B. THOMPSON, DAVID P. SCHENKEIN, and KATHRYN GUARINI, <br><br> Defendants, <br><br> and <br><br> REGENERON PHARMACEUTICALS, INC., a New York corporation, <br><br> Nominal Defendant. | CASE NO. 1:25-cv-09506 |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant Regeneron Pharmaceuticals, Inc. hereby identifies that it is a publicly held New York corporation. Regeneron Pharmaceuticals, Inc. states that it has no parent corporation and, based upon the information currently available to it, no publicly held company owns 10% or more of its stock.

Dated: November 13, 2025

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP

*/s/ H. Christopher Boehning*
H. Christopher Boehning
Audra J. Soloway
David P. Friedman
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0710
cboehning@paulweiss.com
asoloway@paulweiss.com
dfriedman@paulweiss.com

Matthew D. Stachel (*Pro Hac Vice Forthcoming*)
1313 N Market St Suite 806
Wilmington, DE 19801
Tel: (302) 655-4423
Fax: (302) 397-2682
mstachel@paulweiss.com

*Counsel for Defendants Leonard S. Schleifer, Christopher Fenimore, Robert E. Landry, George L. Sing, Joseph L. Goldstein, Michael S. Brown, George D. Yancopoulos, Arthur F. Ryan, Christine A. Poon, Bonnie L. Bassler, Huda Y. Zoghbi, Anthony Coles, Craig B. Thompson, David P. Schenkein, and Kathryn Guarini, and Nominal Defendant Regeneron Pharmaceuticals, Inc.*