UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAINER MACHEK, derivatively on Behalf of REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, GEORGE L. SING, JOSEPH L. GOLDSTEIN, MICHAEL S. BROWN, GEORGE D. YANCOPOULOS, ARTHUR F. RYAN, CHRISTINE A. POON, BONNIE L. BASSLER, HUDA Y. ZOGHBI, ANTHONY COLES, CRAIG B. THOMPSON, DAVID P. SCHENKEIN, and KATHRYN GUARINI,<br><br>Defendants,<br><br>and<br><br>REGENERON PHARMACEUTICALS, INC., a New York corporation,<br><br>Nominal Defendant. | CASE NO. 1:25-cv-09506 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants and Nominal Defendant in the above-captioned matter.

Dated: November 13, 2025

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP

<u>/s/ David P. Friedman</u>
David P. Friedman
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0710
dfriedman@paulweiss.com

*Counsel for Defendants Leonard S. Schleifer, Christopher Fenimore, Robert E. Landry, George L. Sing, Joseph L. Goldstein, Michael S. Brown, George D. Yancopoulos, Arthur F. Ryan, Christine A. Poon, Bonnie L. Bassler, Huda Y. Zoghbi, Anthony Coles, Craig B. Thompson, David P. Schenkein, and Kathryn Guarini, and Nominal Defendant Regeneron Pharmaceuticals, Inc.*