

**Gustavo F. Bruckner**

Partner

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:___1/2/2026____</td></tr>
</table>

January 2, 2026

**<u>VIA ECF</u>**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street New York, New York 10007

Re:    *Machek v. Schleifer, et al.*, Case No. 1:25-cv-09506-MKV

Dear Judge Vyskocil:

We represent plaintiff Rainer Machek ("Plaintiff") in the above-captioned matter. In accordance with Rule 2-G of Your Honor's Individual Rules of Practice, and with consent from defendants' counsel, we write to respectfully request an extension of Plaintiff's time to file his reply memorandum of law in support of his motion to Remand (the "Reply"). Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand was filed on December 29, 2025.

Currently, Plaintiff's Reply is due on January 5, 2026. Due to the intervening holidays, Plaintiff respectfully requests, with defendants' consent, that the Court extend by 7 days Plaintiff's time to file his Reply, from January 5, 2026, to January 12, 2026. This is Plaintiff's first request for an extension of time in this action. If granted, this request would not impact any other scheduled dates.

Thank you for your consideration of this request.

Dated: January 2, 2026                                      Respectfully submitted,

                                                           **POMERANTZ LLP**

                                                           */s/* Gustavo F. Bruckner
                                                           Gustavo F. Bruckner
                                                           600 Third Avenue, 20th Floor
                                                           New York, New York 10016
                                                           Telephone: (212) 661-1100
                                                           Facsimile: (917) 463-1044



gfbruckner@pomlaw.com

*Attorneys for Rainer Machek*

**Granted. SO ORDERED.**

Date: Jan. 2, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

600 Third Avenue, New York, NY 10016    Main: 212.661.1100    Direct: 646.581.9941

NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV

www.pomlaw.com